WILLIAM GOLTZ et al., Respondents, *v.* ART AWNING MANUFACTURING COMPANY, Appellant.

(Argued June 14, 1933; decided July 11, 1933.)

*Everett W. Bovard* and *Thomas C. Cusack* for appellant. *Emanuel Sustick* for respondents.

no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CRANE and CROUCH, JJ. Not sitting: HUBBS, J.